B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Indalex Holdings Finance, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>N/A |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>N/A |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): 20-3730880 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>N/A |
| Street Address of Debtor (No. and Street, City, and State):<br>75 Tri-State International, Suite 450<br>Lincolnshire, IL<br>ZIP CODE 60069 | Street Address of Joint Debtor (No. and Street, City, and State):<br>N/A<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Lake County | County of Residence or of the Principal Place of Business:<br>N/A |
| Mailing Address of Debtor (if different from street address):<br>N/A<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>N/A<br>ZIP CODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | | ZIP CODE |
|---|---|---|

### Type of Debtor
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

Holding Company

### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box.)

- [ ] Debts are primarily consumer, debts defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

### Filing Fee (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets (reported on a consolidated basis, at book value)

| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

Estimated Liabilities (reported on a consolidated basis)

| $0 to $50,000 | $10,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

B 1 (Official Form 1) (1/08)

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br><br>Indalex Holdings Finance, Inc. | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed: None | Case Number: | Date Filed: |
| Location<br>Where Filed: N/A | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: See Schedule 1 | Case Number: To be assigned. | Date Filed: Concurrent |
| District: Delaware | Relationship: Affiliate | Judge: To be assigned. |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☒  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br><br>☒  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☒  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B 1 (Official Form) 1 (1/08)                                                                                                          Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Indalex Holdings Finance, Inc. |
|---|---|

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Debtor<br><br>X _____<br>   Signature of Joint Debtor<br><br>_____<br>   Telephone Number (if not represented by attorney)<br><br>_____<br>   Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>   (Signature of Foreign Representative)<br><br>_____<br>   (Printed Name of Foreign Representative)<br><br>_____<br>   Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>   Signature of Attorney for Debtor(s)<br>**Michael R. Nestor**<br>   Printed Name of Attorney for Debtor(s)<br>**Young Conaway Stargatt & Taylor, LLP**<br>   Firm Name<br>**The Brandywine Building**<br>   Address<br>**1000 West Street, 17th Floor**<br>**Wilmington, DE 19801**<br>**302-571-6600**<br>   Telephone Number<br>**March 20 , 2009**<br>   Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>   Signature of Authorized Individual<br>**Timothy R.J. Stubbs**<br>   Printed Name of Authorized Individual<br>**President and Chief Executive Officer**<br>   Title of Authorized Individual<br>**March 20 , 2009**<br>   Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

DB02:7841418.5                                                                          068136.1001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INDALEX HOLDINGS FINANCE, INC.,<br>a Delaware Corporation, *et al.*,[1]<br><br>                 Debtors. | Chapter 11<br><br>Case No. 09-_____ (__)<br><br>(Joint Administration Requested) |

### EXHIBIT "A" TO VOLUNTARY PETITION OF
### INDALEX HOLDINGS FINANCE, INC.[2]

      1.     If any of the Indalex Holdings Finance, Inc.'s ("Indalex Finance") securities are registered under Section 12 of the Securities and Exchange Act of 1934, the SEC file number is 333-138178.

      2.     The following financial data (which is consolidated among all the Debtors and certain non-debtor affiliates) is the latest available unaudited information on the Debtors' condition as of December 31, 2008.

        a.     Total assets                   $ 356,000,000

        b.     Total debts (including debts listed in 2.c., below)     $ 456,000,000

        c.     None of Debtors' debt obligations are held by more than 500 record holders.

        d.     As of December 31, 2008, Indalex Finance has 1,000,114 shares of common stock issued and outstanding.

---

[1]     The Debtors in these cases and their tax identification numbers are: Indalex Holdings Finance, Inc. (XX-XXX0880), Indalex Holding Corp. (XX-XXX0715) ("Indalex Holding"), Indalex Inc. (XX-XXX7362) ("Indalex Inc."), Caradon Lebanon, Inc. (XX-XXX1208) ("Caradon"), and Dolton Aluminum Company, Inc. (XX-XXX2781) ("Dolton"). The business address for all of the Debtors is 75 Tri-State International, Suite 450, Lincolnshire, IL 60069.

[2]     The following financial data shall not constitute an admission of liability by the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein as liquidated or fixed is in fact a disputed claim or debt. The Debtors also reserve all rights to challenge the priority, nature, amount or status of a claim or debt.

3.    The following persons directly or indirectly own, control, or hold, with power to vote, 5% or more of the voting securities of Indalex Finance:[3]

## Indalex Finance
## 5% Shareholders

| Shareholder Name | Number of Shares |
|---|---|
| Sun Indalex, LLC[4] | 904,061 |

---

[3]    The determination that there were no other persons known to the Debtors to beneficially own 5% or more of Indalex Finance voting securities was based on a review of all statements filed with the U.S. Securities and Exchange Commission with respect to Indalex Finance pursuant to Section 13(d) or 13(g) of the Securities Exchange Act of 1934, as amended, since the beginning of Indalex Finance's fiscal year.

[4]    Sun Indalex, LLC owns 100% of the voting common stock., which may be deemed beneficially owned within the meaning of Rule 13d-3 of the Exchange Act by Marc J. Leder and Rodger R. Krouse and also by Sun Indalex, LLC, a Delaware limited liability company ("Sun Indalex"), Sun Capital Partners IV, LP, a Delaware limited partnership ("Fund IV"), Sun Capital Partners III, LP, a Delaware limited partnership ("Fund III"), Sun Capital Partners III QP, LP, a Delaware limited partnership ("Fund III QP"), Sun Capital Advisors IV, LP, a Delaware limited partnership ("Advisors IV"), Sun Capital Advisors III, LP, a Delaware limited partnership ("Advisors III"), Sun Capital Partners IV, LLC, a Delaware limited liability company ("Partners IV") and Sun Capital Partners III, LLC, a Delaware limited liability company ("Partners III"). Messrs. Leder and Krouse may each be deemed to control Sun Indalex, Fund IV, Advisors IV and Partners IV, as Messrs. Leder and Krouse each own 50% of the membership interests in Partners IV, which in turn is the general partner of Advisors IV, which in turn is the general partner of Fund IV, which in turn owns 50% of the membership interests of Sun Indalex. Messrs. Leder and Krouse may also each be deemed to control Sun Indalex, Fund III, Fund III QP, Advisors III and Partners III, as Messrs. Leder and Krouse each own 50% of the membership interests in Partners III, which in turn is the general partner of Advisors III, which in turn is the general partner of Fund III and Fund III QP, which in turn own, collectively, 50% of the membership interests of Sun Indalex. Fund IV, Fund III, Fund III QP, Advisors IV, Advisors III, Partners IV, Partners III, Sun Indalex and Messrs. Leder and Krouse have shared voting and investment power over these shares. Except as to such shared voting power, Fund IV, Fund III, Fund III QP, Advisors IV, Advisors III, Partners IV, Partners III, Sun Indalex and Messrs. Leder and Krouse disclaim beneficial ownership of these shares. The address of Sun Indalex, LLC and Messrs. Leder and Krouse is 5200 Town Center Circle, Suite 470, Boca Raton, FL 33486.

2

## **SCHEDULE 1**

### **Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor**

On the date hereof, Indalex Holdings Finance, Inc. and each of the affiliated entities listed below filed in this Court a petition for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of these petitions, these entities filed a motion requesting that the Court administratively consolidate for procedural purposes only and jointly administer their chapter 11 cases.

Indalex Holding Corp.
Indalex Inc.
Caradon Lebanon, Inc.
Dolton Aluminum Company, Inc.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INDALEX HOLDINGS FINANCE, INC.,<br>a Delaware Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-_____ (___)<br><br>(Joint Administration Requested) |

## LIST OF CREDITORS HOLDING
## THIRTY (30) LARGEST UNSECURED CLAIMS

        Following is the list of the Debtors' creditors holding the thirty (30) largest unsecured claims.[2] The list has been prepared on a consolidated basis, based upon the consolidated books and records of the Debtor and its affiliates that also commenced a case under chapter 11 of title 11 of the United States Code on the date hereof (collectively, the "Debtors").

        Except as set forth above, the list of creditors has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of title 11 of the United States Code or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the largest unsecured claims.

| (1)<br>Name of creditor and complete mailing address, including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3] | (5)<br>Amount of claim (if secured also state value of security)in millions |
|---|---|---|---|---|
| ALBA ALUM. BAHRAIN B.S.C. (C) | P.O. Box 20079<br>Manama,<br>Kingdom of Bahrain<br>Phone: 9-731-783-5053<br>Fax: 9-731-783-0958 | Trade | | $7,133,855 |

---

[1]    The Debtors in these cases and their tax identification numbers are: Indalex Holdings Finance, Inc. (XX-XXX0880), Indalex Holding Corp. (XX-XXX0715) ("Indalex Holding"), Indalex Inc. (XX-XXX7362) ("Indalex Inc."), Caradon Lebanon, Inc. (XX-XXX1208) ("Caradon"), and Dolton Aluminum Company, Inc. (XX-XXX2781) ("Dolton"). The business address for all of the Debtors is 75 Tri-State International, Suite 450, Lincolnshire, IL 60069.

[2]    This information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.

[3]    All claims may be subject to offsets, discounts, reconciliations, credits, and adjustments, which are not reflected on this list.

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3] | Amount of claim (if secured also state value of security)in millions |
| ALCOA INC. | Attn: Robin<br>P.O. Box 360035M<br>Pittsburgh, PA 15251<br>Phone: 724-337-5816<br>Fax: 724-339-6702 | Trade | | $6,012,710 |
| RIO TINTO ALCAN | P.O. Box 100152<br>Pasadena, CA 91189-0152<br>Phone: 514-847-3574<br>Fax: 514-848-1463 | Trade | | $5,000,000 |
| SCHOLZ ALUMINUM GmbH | Attn: Oscar Penin<br>Eural KFT<br>Tatabanya, Hungary<br>Phone: 36-34-511-290/317-217<br>Fax: 36-34-510-700/311-958 | Trade | | $2,499,350 |
| ASIA ALUMINUM MFG | Attn: James Zhou<br>12/F, Railway Plaza<br>39 Chatham Road, South<br>Tsimshatsui, Hong Kong<br>Phone: 852-2789-0200<br>Fax: 852-2398-1808 | Trade | | $1,834,703 |
| TRENDSET INC. | 4 Interchange Blvd.<br>Greenville, SC 29607<br>Phone: 864-297-9255<br>Fax: 864-272-3203 | Trade | | $1,227,029 |
| PRESS METAL INTERNATIONAL | Area C Sanshui Industrial Park<br>Sanshui District<br>Foshan City, GD<br>China 528137<br>Phone: 86-757-873-6333<br>Fax: 86-757-873-6398 | Trade | | $1,079,618 |
| CONOCO RESOURCES CO., LTD. | 2221 Edge Lake Dr., Suite 110<br>Charlotte, NC 28217<br>Phone: 704-329-0300<br>Fax: 704-329-0302 | Trade | | $1,029,000 |
| EXCO EXTRUSION DIES, INC. | P.O. Box 399<br>New Baltimore, MI 48047-0399<br>Phone: 586-749-5400<br>Fax: 586-749-7360 | Trade | | $720,591 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3] | Amount of claim (if secured also state value of security) in millions |
| OHIO VALLEY ALUMINUM CO., LLC | P.O. Box 640583 Cincinnati, OH 45264-0583 Phone: 502-633-2783 Fax: 502-633-0589 | Trade | | $600,000 |
| AIM DEDICATED LOGISTICS | 1500 Trumbull Rd. Girard, OH 44420 Phone: 330-759-0438 Fax: 330-759-3721 | Trade | | $552,000 |
| SOUTHEASTERN EXTRUSION TOOL, INC. | P.O. Box 2218 Florence, AL 35630 Phone: 256-766-6421 Fax: 256-766-1039 | Trade | | $420,000 |
| PPG INDUSTRIES INC | P.O. Box 360175 Pittsburgh, PA 15251-6175 Phone: 724-274-7900 Fax: 412-434-2011 | Trade | | $415,000 |
| METAL EXCHANGE CORP. | Attn: Jon Wiechel P.O. Box 7446M St. Louis, MO 63195 Phone: 314-434-3500 Fax: 314-343-2196 | Trade | | $350,000 |
| J.B. HUNT TRANSPORT INC. | P.O. Box 98545 Chicago, IL 60693-8545 Phone: 574-266-6583 Fax: 501-659-6297 | Trade | | $314,000 |
| ALEXIN LLC | Attn: Neil Johnson 1390 South Adams St. Bluffton, IN 46714 Phone: 260-846-0743 Fax: 260-846-0740 | Trade | | $272,000 |
| HAO MEI ALUMINUM CO., LTD. | Room 1004 10/F C C Wu Building 302-308 Hennessey Rd. Wanchai, Hong Kong Phone: 852-274-58028 Fax: 852-310-19996 | Trade | | $240,774 |

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[a] | (5) Amount of claim (if secured also state value of security)in millions |
|---|---|---|---|---|
| AIM NATIONAL LEASING | 1500 Trumbull Rd.<br>Girard, OH 44420<br>Phone: 330-759-0438<br>Fax: 330-759-3721 | Trade | | $240,000 |
| THUMB TOOL & ENGINEERING | P.O. Box 324<br>Bad Axe, MI 48413-0324<br>Phone: 989-269-9731<br>Fax: 989-269-6523 | Trade | | $219,000 |
| NL VENTURES VI INDUSTRY, LLC | Attn: Brenda Laminack<br>8080 N. Central Expressway<br>Suite 1220<br>Dallas, TX 75206<br>Phone: 214-292-4270<br>Fax: 214-363-4968 | Trade | | $207,182 |
| PROTIVITI | 120 S. LaSalle, 22nd Floor<br>Chicago, IL 60603<br>Phone: 312-476-6050<br>Fax: 312-332-6012 | Trade | | $201,000 |
| SCHUPAN AND SONS, INC | Dept. 771083<br>P.O. Box 77000<br>Detroit, MI 48277-1083<br>Phone: 800-531-3434<br>Fax: 800-397-0177 | Trade | | $189,000 |
| VOGEN FUNDING LP | Attn: Richard Bollinger<br>10 S. Wacker Drive, suite 1840<br>Chicago, IL 60606<br>Phone: 312-893-7413<br>Fax: 858-225-3495 | Trade | | $182,950 |
| BAX GLOBAL INC | Dept. LA 21047<br>Pasadena, CA<br>Phone: 714-752-1212<br>Fax: 714-442-2900 | Trade | | $150,029 |
| GEISINGER HEALTH PLAN | P.O. Box 827511<br>Philadelphia, PA 19182-7511<br>Phone: 800-554-4907<br>Fax: 570-271-7218 | Trade | | $141,514 |

DB02:7841418.5                                                                  068136.1001

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[3]* | *Amount of claim (if secured also state value of security) in millions* |
| AKZO NOBEL COATINGS INC. | Attn: Leeann Craycaft<br>P.O. Box 905180<br>Charlotte, NC 28290-5180<br>Phone: 800-274-4266<br>Fax: 502-375-5475 | Trade | | $140,000 |
| BRITE ELECTRIC, INC. | P.O. Box 1190<br>Granger, IN 46530-1190<br>Phone: 574-679-6446<br>Fax: 574-679-9448 | Trade | | $136,766 |
| MICHIANA INDUSTRIAL MAINTENANCE | 56545 Twin Branch Drive<br>Suite A<br>Mishawaka, IN 46545<br>Phone: 574-255-0005<br>Fax: 574-255-0002 | Trade | | $136,474 |
| WILHEIT PACKAGING | P.O. Box 111<br>Gainesville, GA 30503<br>Phone: 770-532-4421<br>Fax: 770-532-8956 | Trade | | $130,827 |
| CHOREY, TAYLOR & FEIL, PC | The Lenox Building<br>Suite 1700<br>Atlanta, GA 30326<br>Phone: 404-841-3200<br>Fax: 404-841-3221 | Legal | | $128,000 |
| R.L. BEST COMPANY | Attn: Bill Kavanaugh<br>723 Bev Road<br>Boardman, OH 44512<br>Phone: 330-758-8601<br>Fax: 330-758-9413 | Trade | | $124,000 |

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| INDALEX HOLDINGS FINANCE, INC., a Delaware Corporation, *et al.*,[1] | Case No. 09-_____ (___) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION REGARDING CONSOLIDATED LIST OF
## CREDITORS HOLDING THIRTY (30) LARGEST UNSECURED CLAIMS

The debtors in these Chapter 11 cases (together, the "Debtors") each filed a petition in this court on or about the date hereof for relief under Chapter 11 of the United States Bankruptcy Code. The consolidated list of creditors holding the thirty (30) largest unsecured claims, submitted herewith, is complete and to the best of my knowledge correct and consistent with the Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal or factual investigation with regard to the accuracy of the information or possible defenses to the claims has been pursued. Therefore, this listing does not stand and should not be deemed to constitute: (1) an acknowledgement of the accuracy of the identity of any such creditor or the amount of such claim of any particular claim holder: (2) an acknowledgement of the allowability of any listed claim; or (3) waiver of any right or legal position of the Debtors.

---

[1]     The Debtors in these cases and their tax identification numbers are: Indalex Holdings Finance, Inc. (XX-XXX0880), Indalex Holding Corp. (XX-XXX0715) ("Indalex Holding"), Indalex Inc. (XX-XXX7362) ("Indalex Inc."), Caradon Lebanon, Inc. (XX-XXX1208) ("Caradon"), and Dolton Aluminum Company, Inc. (XX-XXX2781) ("Dolton"). The business address for all of the Debtors is 75 Tri-State International, Suite 450, Lincolnshire, IL 60069.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 20, 2009

Timothy R.J. Stubbs
President and Chief Executive Officer
Indalex Holdings Finance, Inc., Indalex Holding Corp.,
Indalex Inc., Caradon Lebanon, Inc., and Dolton
Aluminum Company, Inc.

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INDALEX HOLDINGS FINANCE, INC.,<br>a Delaware Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-_____ (___)<br><br>(Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

| Name | Address | % |
|---|---|---|
| Sun Indalex, LLC | c/o Sun Capital Partners, 5200 Town Center Circle, Suite 600, Boca Raton, FL 33486 | 90.396% |
| Indalex Co-Investment, LLC | c/o Ryan Boucher, 32 Old Slip, 21st Floor, New York, NY 10005 | 8.997% |
| Gary Talarico | 40-50 East 10th Street, Apt 7H, New York, NY 10003 | 0.150% |
| Timothy Stubbs | 1018 Sheridan Rd., Evanston, IL 60202 | 0.090% |
| H.I.G. Sun Partners, Inc. | c/o Valerie Serrano, 1001 Brickell Bay Drive, 27th Floor, Miami, FL 33131 | 0.082% |
| Mike Alger | c/o Sun Capital Partners, 5200 Town Center Circle, Suite 600, Boca Raton, FL 33486 | 0.067% |
| Ron Nelson | 3750 Villa Rosa Dr., Canfield, OH 44406 | 0.040% |
| Jerry Nies | 7035 Laurel Oak Dr., Suwanee, GA 30024 | 0.018% |
| Joe Valvo | 6600 Covington Cove, Canfield, OH 44406 | 0.018% |
| Mike Faust | 1351 Pebble Dr., Graham, NC 27253 | 0.013% |
| Karen MacMillan | 3414 Eglinton Ave. W, Mississauga, ON L5M 7P2 | 0.013% |
| | | |

---

[1]     The Debtors in these cases and their tax identification numbers are: Indalex Holdings Finance, Inc. (XX-XXX0880), Indalex Holding Corp. (XX-XXX0715) ("Indalex Holding"), Indalex Inc. (XX-XXX7362) ("Indalex Inc."), Caradon Lebanon, Inc. (XX-XXX1208) ("Caradon"), and Dolton Aluminum Company, Inc. (XX-XXX2781) ("Dolton").  The business address for all of the Debtors is 75 Tri-State International, Suite 450, Lincolnshire, IL 60069.

| Name | Address | % |
|------|---------|---|
| Bill Corley | 10825 S. Kolmar, Oak Lawn, IL 60453 | 0.011% |
| Bill Wainio | 4730 Michigan Blvd., Youngstown, OH 44505 | 0.011% |
| Dale Prows | 21377 Windsor Dr., Kildeer, IL 60047 | 0.009% |
| Jim Piperato | 4603 Quailwood Ct., Flowery Branch, GA 30542 | 0.009% |
| Keith Burlingame | 839 Night Fire Dr., Dawsonville, GA 30534 | 0.009% |
| Pat Wooley | 23799 Greenleaf Blvd., Elkhart, IN 46514 | 0.009% |
| Bill Peterson | 1813 Maywood Ct., Marco Island, FL 34145 | 0.009% |
| Chris Hammond | 2380 Millwater Cross, Dacula, GA 30019 | 0.009% |
| Scott Williams | 1370 W. Crystal St., #3, Chicago, IL 60642 | 0.009% |
| Treasury | (Treasury Stock) | 0.009% |
| Arthur Osborn | 4446 Cornerstone Dr., Burlington, NC 27215 | 0.009% |
| Jerrod Hoeft | 15824 Fairbanks Court, Granger, IN 46530 | 0.009% |
| Glenn Oken | 101 S. Franklin St., Suite 205, Tampa, FL 33602 | 0.004% |

DB02:7841418.5

068136.1001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INDALEX HOLDINGS FINANCE, INC.,<br>a Delaware Corporation, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-_____ (__)<br><br>(Joint Administration Requested) |

### DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Timothy R.J. Stubbs, President and Chief Executive Officer of each of the above-captioned debtors and debtors in possession, declare under penalty of perjury that I have read the List of Equity Security Holders submitted herewith and that it is true and correct to the best of my information and belief and will be supplemented to the extent additional information regarding equity security holders becomes available.

Dated:  March 2 2009

Timothy R.J. Stubbs
President and Chief Executive Officer
Indalex Holdings Finance, Inc., Indalex Holding Corp.,
Indalex Inc., Caradon Lebanon, Inc., and Dolton
Aluminum Company, Inc.

---

[1]    The Debtors in these cases and their tax identification numbers are: Indalex Holdings Finance, Inc. (XX-XXX0880), Indalex Holding Corp. (XX-XXX0715) ("Indalex Holding"), Indalex Inc. (XX-XXX7362) ("Indalex Inc."), Caradon Lebanon, Inc. (XX-XXX1208) ("Caradon"), and Dolton Aluminum Company, Inc. (XX-XXX2781) ("Dolton").  The business address for all of the Debtors is 75 Tri-State International, Suite 450, Lincolnshire, IL 60069.

# RESOLUTIONS OF THE
# BOARD OF DIRECTORS OF
# INDALEX HOLDINGS FINANCE, INC.

WHEREAS, the Board of Directors of Indalex Holdings Finance, Inc., a Delaware corporation (the "Company"), have reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions; and

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition (the "Petition") be filed by the Company under the provisions of Title 11 of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED, that the Company shall execute and file all petitions, schedules, lists and other papers or documents, and to take any and all action, that are reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief under the Bankruptcy Code; and it is further

RESOLVED, that each of the Chief Executive Officer and the Chief Financial Officer of the Company (each a "Designated Officer" and collectively, the "Designated Officers") be, and hereby is, acting alone, authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP ("Young Conaway") be, and hereby is, authorized and empowered to represent the Company as its general bankruptcy counsel, and where applicable, its special conflicts counsel, and to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the bankruptcy case commenced by the Company; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that Jefferies & Company, Inc. ("Jefferies"), be, and hereby is, authorized and empowered to serve as financial advisor to the Company with regard to the bankruptcy case commenced by the Company; and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the bankruptcy case, and to

cause to be filed an appropriate application for authority to retain the services of Jefferies; and it is further

RESOLVED, that Epiq Bankruptcy Solutions, LLC ("Epiq") be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with the bankruptcy case commenced by the Company; and in connection therewith, the Designated Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of Epiq; and it is further

RESOLVED, that the Designated Officers be, and hereby are, authorized and directed to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Bankruptcy Code, and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the bankruptcy case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the officers of the Company be, and hereby are, authorized and empowered to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the officers of the Company are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that to the extent authorized by the Board of Directors, each and every officer of the Company be, and each of them acting alone hereby is, authorized, directed and empowered from time to time in the name and on behalf of the Company, to (a) take such further actions and execute and deliver such certificates, instruments, guaranties, notices and documents as may be required or as such officer may deem necessary, advisable or proper to carry out the intent and purpose of the foregoing resolutions, including the execution and delivery of any security agreements, pledges, financing statements and the like, and (b) perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and the Board of Directors, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

2

The foregoing Resolutions are approved on and as of this 20ᵗʰ day of March, 2009.

_____
Michael E. Alger


_____
David Finnigan


_____
Patrick Lawlor


_____
M. Steven Liff


_____
Timothy R.J. Stubbs


_____
Lynn R. Skillen

DB02:7842206.2                                                                                    068136.1001

The foregoing Resolutions are approved on and as of this 20th day of March, 2009.

_____
Michael E. Alger

_____
David Finnigan

_____
Patrick Lawlor

_____
M. Steven Liff

_____
Timothy R.J. Stubbs

_____
Lynn R. Skillen

3

# INDALEX HOLDINGS FINANCE, INC.
## SECRETARIAL CERTIFICATE

The undersigned, Patrick Lawlor, Secretary of Indalex Holdings Finance, Inc. (the "Company"), a Delaware corporation, hereby certifies as follows:

1.    I am duly qualified and elected Secretary of the Company and, as such, am familiar with the facts herein certified, and I am duly authorized to certify the same on behalf of the Company.

2.    Attached hereto is a true and complete copy of the Resolutions of the Directors of Indalex Holdings Finance, Inc. (the "Resolutions") unanimously adopted by the disinterested directors of the Company at a special meeting of the Board of Directors of Indalex Holdings Finance, Inc. duly called and at which a quorum was present on March 20, 2009.

3.    The Resolutions s have not been amended, altered, annulled, rescinded or revoked and are in full force and effect as of the date hereof. There exist no other subsequent resolutions of the Board of Directors of the Company relating to the matters set forth in the Resolutions.

IN WITNESS WHEREOF, the undersigned has executed this certificate as of the 20nt day of March 2009.

_____
Patrick Lawlor
Chief Financial Officer, Treasurer and Secretary
Indalex Holdings Finance, Inc.