UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------- )
In re                                                      ) Chapter 11
                                                           )
INDALEX HOLDINGS FINANCE, INC.,                            ) Case No. 09-10982-PJW
a Delaware Corporation, et al.[1]                          ) (Consolidated for Administration)
                                                           )
                 Debtors-in-Possession.                    ) **Hearing Date/Time: May 28, 2009 at 2:30 PM**
                                                           ) **Objection Date/Time: May 21, 2009 at 4:00 PM**
---------------------------------------------------------- )

## APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1103(a) OF THE BANKRUPTCY CODE, FED. R. BANKR. P. 2014 AND DEL. BANKR. L.R. 2014-1 AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF MILLER, CANFIELD, PADDOCK AND STONE, P.L.C. AS CANADIAN COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS EFFECTIVE APRIL 10, 2009

The Official Committee of Unsecured Creditors (the "Committee") of Indalex Holdings Finance, Inc., Indalex Holdings, Indalex Inc., Caradon and Dolton ("Debtors"), by and through its undersigned proposed counsel, hereby applies to the Court pursuant to section 1103(a) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), for entry of an order authorizing and approving the Committee's employment and retention of Miller, Canfield, Paddock and Stone, P.L.C. as Canadian counsel for the Committee in these chapter 11 cases, effective April 10, 2009 (the "Application"). In support of this Application, the Committee respectfully represents as follows:

---

[1] The Debtors in these cases and their tax identification numbers are: Indalex Holdings Finance, Inc. (XX-XXX0880), Indalex Holdings Corp. (XX-XXX0715) ("Indalex Holdings"), Indalex Inc. (XX-XXX7362) ("Indalex Inc."), Caradon Lebanon, Inc. (XX-XXX1208) ("Caradon"), and Dolton Aluminum Company, Inc. (XX-XXX2781) ("Dolton"). The business address for all of the Debtors is 75 Tri-State International, Suite 450, Lincolnshire, IL 60069.

## JURISDICTION AND VENUE

1. On March 20, 2009 (the "Petition Date"), the Debtors filed their respective voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to manage their affairs and operate their businesses pursuant to sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been requested or appointed in these cases.

2. Jurisdiction to consider this matter is vested in the Court pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested in this Application are sections 105 and 1103(a) of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules.

## RETENTION OF MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

3. On April 1, 2009, the Office of the United States Trustee held the organizational meeting of the Committee. The Trustee appointed a seven member committee comprised of the following creditors: Aluminum Bahrain, Alcoa Inc., Scholz Aluminum GmbH, Conoco Resources Co., Inc., Exco Extrusion Dies, AIM Leasing Co. and Southeastern Extrusion & Tool, Inc. See Appointment of Committee of Unsecured Creditors (Docket 60). Also, on April 1, 2009, the Committee selected McGuireWoods LLP ("McGuireWoods") as its counsel. On April 7, 2009, the Committee filed an Application to Employ and Retain McGuireWoods as its counsel in these chapter 11 cases, and all related matters, effective as of the April 1, 2009 (the "McGuireWoods Application"), which was approved on April 28, 2009.

4. By this Application, the Committee seeks to employ and retain Miller, Canfield, Paddock and Stone, P.L.C. ("Miller Canfield" or the "Firm") as its Canadian counsel in these chapter 11 cases, and all related matters, including, but not limited to, the pending Canadian insolvency proceedings of the Debtors' Canadian subsidiaries under the Companies' Creditors Arrangement Act (the "CCAA") and other insolvency laws, filed on April 3, 2009 in the Ontario Superior Court of Justice (Commercial List). Accordingly, the Committee respectfully requests

2

entry of an order pursuant to Section 1103(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) authorizing it to employ and retain Miller Canfield as its Canadian counsel to perform the legal services that may be necessary to protect and advance the interests of the Committee and general unsecured creditors in the insolvency proceedings of the Debtors' Canadian subsidiaries under the CCAA and related matters.

5. The Committee seeks to retain Miller Canfield as its Canadian counsel because of the Firm's experience and expertise in matters related to the CCAA and in particular, cases involving the interaction of the CCAA and chapter 11. The Committee submits that Miller Canfield is both well qualified and uniquely able to represent it in an efficient and timely manner.

6. Subject to Court approval under section 330(a) of the Bankruptcy Code, compensation will be payable to Miller Canfield on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm. The hourly rates charged by Miller Canfield are consistent with the rates charged by the Firm in comparable non-bankruptcy matters and are subject to periodic adjustments to reflect economic and other conditions.

7. The Firm's hourly rates are set at a level designed to fairly compensate the Firm for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Hourly rates vary with the experience and seniority of the individuals assigned and may be adjusted by the Firm from time to time. Current customary hourly rates of Miller Canfield for the individuals expected to participate in these cases range from $200.00 to $525.00 (CDN.) for attorneys and $100 (CDN.) for paralegals. It is the policy of Miller Canfield to charge its clients in all areas of practice for all expenses incurred in connection with a client's case. The expenses routinely charged to clients include, among other things, photocopying, witness fees, travel expenses, filing and recording fees, long distance telephone calls, postage, express mail and messenger charges, computerized legal research charges and other computer services,

expenses for working meals and telecopier charges. The Firm will charge for these expenses in a manner and at rates consistent with charges made generally to its other clients.

8.  The professional services that Miller Canfield will render to the Committee may include, but shall not be limited to, advising the Committee as to the insolvency proceedings of the Debtors' Canadian subsidiaries under the CCAA and taking any actions on behalf of the Committee necessary in such proceedings. While certain aspects of the services to be rendered by Miller Canfield may necessarily involve McGuireWoods as the Committee's general bankruptcy counsel, the Committee submits that the respective services that each firm will provide are expected to be complementary to, rather than duplicative of, the services to be performed by the other firm. McGuireWoods and Miller Canfield will coordinate and allocate the legal services to be rendered to the Committee in order to avoid any duplication of services.

9.  To the best of the Committee's knowledge, and except as disclosed in the Affidavit of John D. Leslie, Esq. (the "Leslie Affidavit") attached hereto as Exhibit A, Miller Canfield has not represented the Debtors, their creditors, equity security holders, or any other parties in interest or their respective attorneys, the United States Trustee or any person employed in the office of the Trustee, in any matter relating to the Debtors or their estates.

10. The Committee desires to retain Miller Canfield. To the best of the Committee's knowledge, based on the information contained in the Leslie Affidavit, Miller Canfield does not hold or represent any interest adverse to the Debtors' estates or to the Committee's interests therein and therefore is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code. Further, Miller Canfield's employment is necessary and in the best interests of the Committee, all general unsecured creditors and the Debtors' estates.

11. Miller Canfield intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, orders of this Court, and the Fee Guidelines promulgated by the Executive Office of the United States Trustee (the "Fee Guidelines"). All

attorneys who will be rendering services on behalf of the Committee will maintain billing records setting forth complete and detailed activity descriptions, including a time allotment billed in increments of one-tenth of an hour. Each activity will include a description of the type and subject matter of the activity undertaken.

12. The Committee, subject to the provisions of the Bankruptcy Code, the Bankruptcy Rules, orders of this Court, and the Fee Guidelines, proposes that Miller Canfield be paid its customary hourly rates in effect from time to time as set forth in the Leslie Affidavit and submits that such rates are reasonable.

13. The name, address and telephone number of the lead attorneys of Miller Canfield who will be the attorneys of record herein are:

> John D. Leslie
> MILLER, CANFIELD, PADDOCK AND STONE P.L.C.
> Suite 300
> 443 Ouellette Avenue
> Windsor, Ontario N9A 6R4
> Canada
> Telephone: 519.561.7422
> Facsimile: 519.977.1565
> Email: leslie@millercanfield.com

Other attorneys will participate in the representation of the Committee as necessary.

14. No prior application for the relief requested herein has been made to this or any other court.

WHEREFORE, the Official Committee of Unsecured Creditors of Indalex Holdings Finance, Inc., Indalex Holdings Corp., Indalex Inc., Caradon Lebanon, Inc. and Dolton Aluminum Company Inc. respectfully requests that this Court enter an order, substantially in the form annexed hereto, granting the relief requested herein and such other and further relief as is just.

Dated: May 7, 2009

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF INDALEX HOLDINGS FINANCE, INC., INDALEX HOLDINGS CORP., INDALEX INC., CARADON LEBANON, INC. AND DOLTON ALUMINUM COMPANY INC.

By: /s/ Richard J. Bernard
Name: Richard J. Bernard
Company: Baker and Hostetler, LLP, Counsel and Proxy for Scholz Aluminum GmbH
Title: Committee Co-Chairperson
(Reviewed, and authorization to file given by email; physical signature to follow at a later date)

By: /s/ Mark T. Hurford (original signature on file)
Name: Mark T. Hurford
Company: Campbell & Levine, LLC, Counsel and Proxy for Aluminum Bahrain
Title: Committee Co-Chairperson

MCGUIREWOODS, LLP

By: /s/ Michael J. Roeschenthaler
Mark E. Freedlander (Pa I.D. #70593)
Michael J. Roeschenthaler (Pa I.D. #87647)
William C. Price (Pa I.D. #90871)
Nicholas E. Meriwether (Pa. I.D. #200433)
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Phone: (412) 667-6000
Fax: (412) 667-6050

WHEREFORE, the Official Committee of Unsecured Creditors of Indalex Holdings Finance, Inc., Indalex Holdings Corp., Indalex Inc., Caradon Lebanon, Inc. and Dolton Aluminum Company Inc. respectfully requests that this Court enter an order, substantially in the form annexed hereto, granting the relief requested herein and such other and further relief as is just.

Dated: May 7, 2009

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF INDALEX HOLDINGS FINANCE, INC., INDALEX HOLDINGS CORP., INDALEX INC., CARADON LEBANON, INC. AND DOLTON ALUMINUM COMPANY INC.

By: /s/ Richard J. Bernard (original signature on file)
Name: Richard J. Bernard
Company: Baker and Hostetler, LLP, Counsel and Proxy for Scholz Aluminum GmbH
Title: Committee Co-Chairperson

By: /s/ Mark T. Hurford (original signature on file)
Name: Mark T. Hurford
Company: Campbell & Levine, LLC, Counsel and Proxy for Aluminum Bahrain
Title: Committee Co-Chairperson

MCGUIREWOODS, LLP

By: /s/ Michael J. Roeschenthaler
Mark E. Freedlander (Pa I.D. #70593)
Michael J. Roeschenthaler (Pa I.D. #87647)
William C. Price (Pa I.D. #90871)
Nicholas E. Meriwether (Pa. I.D. #200433)
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222
Phone: (412) 667-6000
Fax: (412) 667-6050