UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

June 17, 2010

Christopher P. Simon
Cross & Simon, LLC
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380

**Re:  IH 1, Inc., et al.
      Case No. 09-10982 (PJW)**

Dear Mr. Simon:

    I have briefly reviewed the papers relating to the motion of Sun Indalex Finance, LLC ("Sun") to reconsider the fee allowance for Huron Consulting Services LLC ("Huron") (Doc. # 991). I have not yet undertaken an extensive examination of the pleadings but I note that Sun relies heavily on Huron's alleged knowledge of the "Budget".

    On page 9 of your motion, the following statement is made:

> Despite Huron's claims, the Debtors' own professionals -- FTI Consulting -- provided Huron with a budget for professional fee (the "Budget"). (See affidavit of Sandeep Gupta, Exhibit D to the Appendix.) . . . A copy of the Debtors' budget is Exhibit E to the Appendix. The Budget provides that fee

>   expenses for all the Committee's professionals should not have exceeded $830,000. . . .

The affidavit of Sandeep Gupta (Exhibit G) states in paragraph 6:

>   On May 20, 2009, I met with five (5) Huron employees at the Debtors' headquarters. At the meeting, I provided these individuals with a budget for the Debtors, which contained, among other things, a budget for professional fees to be incurred in the Debtors' chapter 11 cases. This budget was discussed at that meeting for approximately thirty (30) to forty (40) minutes.

Mr. Gupta does not attach to his affidavit a copy of the budget he refers to, nor does he otherwise identify it by date or source. Please have Mr. Gupta identify by date and source the budget he refers to. If that document is not the document attached as Exhibit E to the Appendix, please furnish me a copy of that document.

Exhibit E to your Appendix is a 12-page document labeled "IAS DIP Budget Projections Consolidated". In examining Exhibit E I could not find any information that supports your statement that the Budget provides "that fee expenses for all the Committee's professionals should not have exceeded $830,000." Am I missing something in Exhibit E? If that $830,000 limitation is set forth somewhere in Exhibit E, I would appreciate your sending me a copy of Exhibit E with appropriate markings to point out to me where the $830,000 limitation appears in that document. If that limitation

3

does not appear in Exhibit E, I would appreciate your advising me with appropriate documentation showing where that $830,000 limitation is set forth.  Please send me a copy of that document and identify it by date and source.  Also, please advise as to what Committee professionals were furnished a copy of that document and when.

                Very truly yours,

                Peter J. Walsh

PJW:ipm

cc:   Brandy A. Sargent