UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

August 25, 2010

Christopher P. Simon
Patrick M. Brannigan
Cross & Simon, LLC
913 North Market Street
11th floor
P.O. Box 1380
Wilmington, DE 19899-1380

Attorneys for Sun Indalex
Finance, LLC

Michael J. Roeschenthaler
William C. Price
Brad A. Funari
McGuirewoods LLP
625 Liberty Avenue
23rd Floor
Pittsburgh, PA 15222

Counsel to the Official Committee
of Unsecured Creditors

Norman L. Pernick
Karen M. McKinley
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Avenue, 14th Floor
Wilmington, DE 19801

Co-Counsel to the Official
Committee of Unsecured Creditors

Peter C. Hughes
Dilworth Paxson LLP
One Customs House - Suite 500
704 King Street
P.O. Box 1031
Wilmington, DE 19801

Maura Fay McIlvain
Peter C. Hughes
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA 19102

Counsel to George L. Miller,
Chapter 7 Trustee

**Re:   In re: IH 1, Inc., et al.
       Case No. 09-10982 (PJW)**

Dear Counsel:

I note that the Chapter 7 Trustee filed an adversary proceeding on July 30, 2010.  George L. Miller, Chapter 7 Trustee v. Sun Capital Partners, Inc., et al., Adv. Proc. 10-52279.

I have briefly reviewed the filings with respect to the motion filed by Sun Indalex Finance, LLC to reconsider the award of fees to Huron Consulting Services LLC. (Doc. # 991.)  In its opening brief, Sun Indalex notes that "Mr. Caruso estimated that upwards of 70% percent of Huron's work was spent analyzing the avoidance action." (Doc. # 991, p. 6.)

In this context, I have this question: To what extent, if any, does the Chapter 7 Trustee's complaint reflect the efforts of the Committee's professionals in producing the draft complaint identified as Exhibit C to the Appendix filed by Sun Indalex?  I would appreciate brief letter responses to this inquiry.

                                              Very truly yours,

                                              Peter J. Walsh

PJW:ipm