UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

August 26, 2010

```
Christopher P. Simon                    Peter C. Hughes
Patrick M. Brannigan                    Dilworth Paxson LLP
Cross & Simon, LLC                      One Customs House - Suite 500
913 North Market Street                 704 King Street
11th floor                              P.O. Box 1031
P.O. Box 1380                           Wilmington, DE 19801
Wilmington, DE 19899-1380
                                        Maura Fay McIlvain
Attorneys for Sun Indalex               Peter C. Hughes
Finance, LLC                            Dilworth Paxson LLP
                                        1500 Market Street
Michael J. Roeschenthaler               Suite 3500E
William C. Price                        Philadelphia, PA 19102
Brad A. Funari
McGuirewoods LLP                        Counsel to George L. Miller,
625 Liberty Avenue                      Chapter 7 Trustee
23rd Floor
Pittsburgh, PA 15222

Counsel to the Official Committee
of Unsecured Creditors

Norman L. Pernick
Karen M. McKinley
Cole, Schotz, Meisel, Forman
& Leonard, P.A.
500 Delaware Avenue, 14th Floor
Wilmington, DE 19801

Co-Counsel to the Official
Committee of Unsecured Creditors
```

**Re:  In re: IH 1, Inc., et al.
     Case No. 09-10982 (PJW)**

Dear Counsel:

This is to confirm that my letter to counsel dated August 25, 2010 was intended to also have been addressed to counsel to Huron Consulting Services LLC:  Brandy A. Sargent, Stoel Rives LLP, 900 SW Fifth Avenue, # 2600, Portland, OR 97204.

By copy of this letter to Ms. Sargent, I am enclosing the August 25, 2010 letter.

Very truly yours,

Peter J. Walsh

PJW:ipm

cc:  Brandy A. Sargent (w/enclosure)