**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| IH 1, INC., et al., | ) |
| | ) Case No. 09-10982 (PJW) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

## ORDER

For the reasons set forth in the Court's letter ruling of this date, the motion (Doc. # 991) of Sun Indalex Finance, LLC to reconsider the order granting the final fee application of Huron Consulting Services LLC is **denied**.

Peter J. Walsh
United States Bankruptcy Judge

Dated: November 5, 2010