United States Bankruptcy Court
District of Delaware

In re  Indalex, Inc.                                  Case #09-10982

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

Name of Transferee                              Name of Transferor
   **ITOCHU Metals Corporation**                     **I. Matex Inc.**

Name and Address where notices to transferee should be sent

    ITOCHU Metals Corporation
    Attn: New York Branch Gen. Manager
    335 Madison Avenue - 22nd Floor
    New York, NY 10017-4634

Name and Address where transferee payments should be sent (if different from above)

    Court Claim # (if known) _____
    Amount of Claim $ 103,846.99
    Date Claim Filed _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

ITOCHU Metals Corporation          (Transferee)

By: _____              Dated: May 20th, 2011
    Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.*

### ~ DEADLINE TO OBJECT TO TRANSFER ~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____              _____
                                               **CLERK OF THE COURT**

# EVIDENCE OF TRANSFER OF CLAIM

**To: The Debtor and the Bankruptcy Court**

For value received,
I. Matex Inc., a New York corporation, its successors and assigns (collectively, "Assignor"), has unconditionally and irrevocably sold, transferred and assigned to

ITOCHU Metals Corporation, its successors and assigns (collectively, "Assignee")

pursuant to that certain Transfer of Claim Agreement dated May 20th, 2011,

the general unsecured claim (the "Claim") described as follows:

  Debtor:   Indalex, Inc. case # 09-10984 U.S. Bankruptcy Court District of Delaware
  Amount:   $103,846.99
  Date of Proof of Claim:   3/22/2010

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative on May 20th, 2011

I. Matex Inc.

By: _____
    Authorized Signatory


ITOCHU Metals Corporation

By: _____
    Authorized Signatory