# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INDALEX HOLDINGS FINANCE, INC.,<br>a Delaware Corporation, et al.[1]<br><br>Debtors | Chapter 11<br><br>Case No. 09-10982 (PJW)<br><br>(Jointly Administered)<br><br>Ref. Docket No.: 564 & 604 |

## ORDER GRANTING MOTION OF TERRY PASKAL FOR RELIEF FROM THE AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief From the Automatic Stay (the "Motion") filed by Terry Paskal ("Movant") and due and proper notice of the Motion having been given, and no other or further notice being necessary or required; and after due deliberation and sufficient cause appearing therefore;

**IT IS HERBY ORDERED** that:

1. The Motion is GRANTED;

2. Movant is granted relief from the automatic stay to proceed with the State Court of California, County of Santa Cruz civil action number CV157678 entitled Terry Paskal, Plaintiff vs. Indalex Inc., a Delaware Corporation; Indalex Limited, an Ontario, Canada Corporation, Indalex Holding Corp., a Delaware Corporation: Lee Basilotta, an individual; and Does 1 to 100,

---

[1] The Debtors in these cases and their tax identification numbers are: Indalex Holdings Finance, Inc. (XX-XXX0880), Indalex Holding Corp. (XX-XXX0715) ("Indalex Holding"), Indalex Inc. (XX-XXX7362) ("Indalex Inc."), Caradon Lebanon, Inc. (XX-XXX1208) ("Caradon"), and Dolton Aluminum Company, Inc. (XX-XXX2181) ("Dolton"). The business address for all of the Debtors is 75 Tri-State International, Suite 450, Lincolnshire, IL 60069.

DB02-9601556.2                                                           058136.1001

inclusive (the "State Court Action") solely for the purpose of liquidating his damages claims against the Debtors, Indalex Inc. and Indalex Holding Corp.

3. Movant's recovery of his damages claims in the State Court Action shall be limited solely to insurance proceeds and sources of recovery outside the estate of the Debtors, provided, however, that the Movant shall seek prior authorization from this Court, upon proper notice and a hearing before attempting to execute, enforce, or collect any judgment against the Debtors' insurance proceeds.

4. Except as expressly provided for herein, the Movant and the Debtors reserve all respective rights, claims and defenses.

5. This Order shall supersede the previously entered order [D.I. 604].

6. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.

Dated: Wilmington, Delaware
September __, 2009

_____
Peter J. Walsh
United States Bankruptcy Judge