# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 7 |
| : | |
| IH 1, Inc., *et al.* : | Case No. 09-10982 (PJW) |
| : | (Jointly Administered) |
| Debtors. : | |

### NOTICE OF **AMENDED**[1] AGENDA OF MATTERS
### SCHEDULED FOR HEARING ON MAY 8, 2014 AT 2:00 P.M.

### **THIS HEARING HAS BEEN CANCELLED BY THE COURT.**

MATTERS WITH CERTIFICATION OF COUNSEL

1. Application of Chapter 7 Trustee for Entry of an Order Authorizing the Retention and Compensation of (1) Sharer Petree Brotz & Snyder (f/k/a Wagner Sharer) as Auditor and (2) Pension Standard LLC as Plan Agent with Respect to 401(k) Plans [Filed 4/17/14; Docket No. 2016].

   Related Documents:

   A. Declaration of Donald Brounstein in Support of the Application of Chapter 7 Trustee to Retain and Compensate Pension Standard LLC as Plan Agent [Filed 4/25/14; Docket No. 2017].

   B. Declaration of Barry R. Sharer, CPA, in Support of the Application of Chapter 7 Trustee to Retain and Compensate Sharer Petree Brotz & Snyder (f/k/a Wagner Sharer) as Auditor [Filed 4/28/14; Docket No. 2018].

   C. Amended Exhibit A to the Application of Chapter 7 Trustee for Entry of an Order Authorizing the Retention and Compensation of (1) Sharer Petree Brotz & Snyder (f/k/a Wagner Sharer) as Auditor and (2) Pension Standard LLC as Plan Agent with Respect to 401(k) Plans [Filed 5/1/14; Docket No. 2019].

   D. Certification of Counsel Regarding Application of Chapter 7 Trustee for Entry of an Order Authorizing the Retention and Compensation of (1) Sharer Petree Brotz & Snyder (f/k/a Wagner Sharer) as Auditor and (2) Pension Standard LLC as Plan Agent with Respect to 401(k) Plans [Filed 5/5/14; Docket No. 2020].

   E. Proposed Order Authorizing the Retention and Compensation of Sharer Petree Brotz & Snyder (f/k/a Wagner Sharer) and Pension Standard LLC.

   Response Deadline: May 1, 2014 at 4:00 p.m.

---

[1] **Amended items appear in bold.**

Responses Received:  None.

**Status:  An Order has been signed by the Court.  This hearing has been cancelled.**

| | |
|---|---|
| Dated: May 7, 2014 | DILWORTH PAXSON LLP |
| | /s/ Peter C. Hughes |
| | Peter C. Hughes (No. 4180) |
| | One Customs House – Suite 500 |
| | 704 King Street |
| | Wilmington, DE  19801 |
| | (302) 571-9800 |
| | (302) 571-8875 (fax) |
| | -and- |
| | 1500 Market Street, Suite 3500E |
| | Philadelphia, PA  19102 |
| | (215) 575-7000 |
| | (215) 575-7200 (fax) |
| | Counsel for the Trustee |

116694347_1