# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**  
IH 1, Inc., et al.,  
75 Tri–State International  
Suite 450  
Lincolnshire, IL 60069  
 **EIN:** 20–3730880  
Indalex Holdings Finance, Inc.,

**Chapter:** 7

**Case No.:** 09–10982–PJW

### ORDER PURSUANT TO 11 U.S.C. § 105(d)(1) REQUIRING STATUS REPORT

  IT IS HEREBY ORDERED that counsel for the Debtor, or the Trustee (if one has been appointed), shall file and serve upon all interested parties a status report, not to exceed five (5) pages in length, within thirty (30) days of the date hereof, identifying:

- the prepetition circumstances that occasioned the commencement of the Chapter 11 proceedings;
- whether any major sales of assets have occurred in the case;
- the status of plan negotiations or preparations, and whether a plan has been confirmed;
- any major litigation pending or expected to be filed in the case;
- the status of analysis of Chapter 5 causes of action, including whether any suits have been brought;
- every open adversary proceeding, and the current status of such proceeding;
- counsel's expectation as to any future significant developments or events in the administration of the case; and
- any pending motions or other items awaiting disposition by the Court.

  IT IS FURTHER ORDERED that counsel for the Debtor(s), or the Trustee (if one has been appointed) shall serve this Order on all interested parties and file a certificate of service with the Office of the Clerk, United States Bankruptcy Court for the District of Delaware.

Peter J. Walsh  
Bankruptcy Judge

Dated: Wilmington, Delaware  
        9/11/14