## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| IH 1, Inc., *et al*. | : | Case No. 09-10982 (PJW) |
| | : | (Jointly Administered) |
| Debtors. | : | |

### STATUS REPORT PURSUANT TO
### ORDER OF THE COURT DATED
### SEPTEMBER 12, 2014

George L. Miller, Chapter 7 Trustee (the "Trustee") for the above-captioned debtors (the "Debtors"), hereby files this status report pursuant to the Court's Order dated September 12, 2014.

**A.     Prepetition Circumstances That Occasioned Commencement of Chapter 11 Proceeding**

The Trustee was appointed upon the conversion of these cases to Chapter 7. According to the Declaration of Timothy R.J. Stubbs in Support of Chapter 11 Petition and First Day Relief, (D.I. 9) filed by the Debtor, the Chapter 11 cases were commenced because of a severe liquidity crisis and collection efforts of a supplier.

**B.     Major Sales of Assets**

During the Chapter 11 proceedings, the Debtor completed a sale of substantially all of its assets pursuant to a motion under 11 U.S.C. § 363 (D.I. 378). The Order approving the sale was entered on July 20, 2009. (D.I. 516).

**C.     Plan Status**

No plan was confirmed prior to the conversion of the cases to Chapter 7.

**D.     Major Litigation Pending or Expected**

The Trustee has completed litigation against multiple preference defendants.

117622276_1

An adversary proceeding (Adv. No. 10-52279) remains pending against Sun Capital Partners, et al. (the "Sun Adversary"). The Trustee seeks recovery in excess of $75 million in this adversary proceeding based on claims including but not limited to payment of an unlawful dividend and breach of fiduciary duty.

In addition, adversary proceeding number 12-50713 remains pending against Kirkland & Ellis, LLP. (the "Kirkland Adversary"). The Trustee seeks recovery in this adversary proceeding based on claims including but not limited to aiding and abetting breach of fiduciary duty.

### E. Status of Analysis of Chapter 5 Causes of Action

The Trustee has completed his analysis of Chapter 5 Causes of Action. At this time, the Trustee expects to conclude the Sun Adversary, which includes Chapter 5 claims, but does not expect to commence any new Chapter 5 Causes of Action.

### F. Open Adversary Proceedings

1. Miller v. Sun Capital Partners, et al., No. 10-52279. Status: Discovery has been completed; summary judgment motions have been filed and denied; the reference has been withdrawn to the District Court by order dated September 5, 2014; trial is scheduled for October, 2016.

2. Miller v. Kirkland & Ellis, LLP, No. 12-50713. Status: Discovery is scheduled to be completed by October 13, 2014.

3. Miller v. Indalex Limited, No. 11-51593. Status: This preference action is against an affiliate of the Debtors which is in insolvency proceedings in Canada and is stayed based on the pendency of the Canadian insolvency proceedings.

### G. Future Significant Developments

The Trustee expects to complete the Sun Adversary and the Kirkland Adversary and to conclude the bankruptcy case.

117622276_1

**H.**     **Pending Motions or Other Items Awaiting Disposition by the Court**

The following motions or other items are awaiting disposition by the Court:

1.     Numerous Motions for Payment of Administrative Expenses/Claims have been filed on the docket. Pursuant to the Motion of George L. Miller, Chapter 7 Trustee, for the Entry of an Administrative Order (I) Approving Customized Claim Form, (II) Establishing and Implementing Exclusive, Global Procedures for the Filing, Allowance and Payment of Chapter 11 Administrative Claims, Other than those Governed by Del. Bankr. L.R. 2016-2(a), and (III) Terminating Hearings and Other Scheduled Deadlines Relating to Chapter 11 Administrative Claims [D.I. 790], these Motions for Payment of Administrative Expenses are deemed as timely filed claims and are not considered to be pending motions. The Trustee will seek an order with respect to such motions.

2.     Two Motions for Admission Pro Hac Vice (D.I. 263, 1037) were filed but Orders were never entered with respect to those motions.

3.     The Committee filed a Motion to Approve Scheduling an Evidentiary Hearing to Determine Appropriate Allocation of Sale Proceeds to Avoidance Actions Sold in Conjunction with the Sale of Substantially All of the Debtors' Assets to SAPA Holdings AB [D.I. 658] together with a Motion to Shorten the Time for Notice of the Hearing to Consider the Motion for an Order Scheduling an Evidentiary Hearing to Determine Appropriate Allocation of Sale Proceeds to Avoidance Actions Sold in Conjunction with the Sale of Substantially All of the Debtors' Assets to SAPA Holdings AB [D.I. 659], in which Orders were never entered, approximately one month prior to the appointment of the Chapter 7 Trustee.

Counsel for the Trustee filed a related Motion of George L. Miller, Chapter 7 Trustee, for Allocation of Purchase Price to Avoidance Actions Sold to Sapa Holdings AB in Connection with Sale of Substantially All of the Debtors Assets [D.I. 808] together with a Motion of George L. Miller, Chapter 7 Trustee, for Entry of a Scheduling Order Relating to the Motion for

3

Allocation of Purchase Price to Avoidance Actions Sold to Sapa Holdings AB in Connection with Sale of Substantially All of the Debtors' Assets [D.I. 809].  Subsequently, a Proposed Scheduling Order Relating to Trustee's Allocation Motion [D.I. 834] was filed, but no Order was entered.  The issues raised in the Trustee's Motion have not yet been resolved.

4. A Motion to Approve Compromise Under Section 9019 [D.I. 1762] relating to the adversary proceeding against Santoshi Corporation d/b/a Alum-a-Coat (Adversary no. 11-51277) was approved by the Court on January 27, 2012, and the approval order entered in the affected adversary docket (Adv. D. I. 22), but the approval order has not been filed on the lead docket.

5. The adversary proceeding commenced against Indalex Limited (Adv. No. 11-51593), an affiliate of the Debtors which is in insolvency proceedings in Canada, remains pending and is stayed based on the pendency of the Canadian insolvency proceedings.

6. The adversary proceeding commenced against Kirkland & Ellis LLP is still pending.

7. A Motion of Stuart Maue for Payment of Fees and Expenses [D.I. No. 2026] and related Motion and Order for Admission Pro Hac Vice [D.I. 2027] are currently pending.

                Respectfully Submitted,

By:   /s/ Peter C. Hughes
Peter C. Hughes, Esquire
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE  19801
Tel: (302) 571-9800

    and

Peter C. Hughes, Esquire
Dilworth Paxson LLP
1500 Market Street
Suite 3500E
Philadelphia, PA  19102
Phone: (215) 575-7000
Facsimile: (215) 575-7200