**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| IH 1, Inc., *et al.* [1] | : | Case No. 09-10982 (LSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| | : | |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON DECEMBER 17, 2018 AT 11:00 A.M.**

I. MATTERS UNDER CNO

1. See Exhibit "A" – Tenth Interim Application of Miller Coffey Tate LLP for Compensation and for Reimbursement of Expenses as Accountants to the Trustee for the Period November 1, 2017 through October 31, 2018 [Filed: 11/26/18; D.I. 2141].

    Related Documents:

    a. Certification of No Objection Regarding Docket No. 2141 [Filed: 12/12/18; D.I. 2155].

    b. Proposed Order Regarding Docket No. 2141.

    Response Deadline: December 10, 2018 at 4:00 p.m.

    Responses Received: None.

    Status: A Certificate of No Objection has been filed.

2. See Exhibit "A" – Eighth Interim Application of Dilworth Paxson LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to George L. Miller, Chapter 7 Trustee, for the Period from January 1, 2018 through October 31, 2018 [Filed: 11/26/18; D.I. 2142].

---

[1] The Debtors in these chapter 11 cases along with the last four digits of each Debtor's federal tax identification number are: (i) IH 1, Inc. f/k/a Indalex Holdings Finance, Inc. (0880) ("Indalex Finance"); (ii) IH 3, Inc. f/k/a Indalex Holding Corp. (0715) ("Indalex Holdings"); (iii) IH 2, Inc. f/k/a Indalex Inc. (7362) ("Indalex Inc."); (iv) IH 4, Inc. f/k/a Caradon Lebanon, Inc. (1208) ("Caradon"); and (v) IH 5, Inc. f/k/a Dolton Aluminum Company, Inc. (2781) ("Dolton").

[2] All amendments are highlighted in **Bold**.

Related Documents:

   a. Certification of No Objection Regarding Docket No. 2142 [Filed: 12/12/18; D.I. 2156].

   b. Proposed Order Regarding Docket No. 2142.

Response Deadline: December 10, 2018 at 4:00 p.m.

Responses Received: None.

Status: A Certificate of No Objection has been filed.

3. Motion of George L. Miller, Chapter 7 Trustee for Authority to Abandon and Dispose of Books and Records of the Debtors' Estates [Filed: 11/26/18; D.I. 2143].

   Related Documents:

   a. Certification of No Objection Regarding Docket No. 2143 [Filed: 12/12/18; D.I. 2157].

   b. Proposed Order Regarding Docket No. 2143.

   Response Deadline: December 10, 2018 at 4:00 p.m.

   Responses Received: None.

   Status: A Certificate of No Objection has been filed.

II. MATTERS GOING FORWARD

4. First Omnibus Objection to Claims (Substantive) of George L. Miller, Chapter 7 Trustee [Filed: 11/16/18; D.I. 2132].

   Related Documents:

   a. Amended Exhibits B & C to First Omnibus Claims Objection [Filed: 11/16/18; D.I. 2133].

   b. Proposed Order

   c. **Revised Proposed Order [Filed: 12/13/18; D.I. 2160].**

Response Deadline:

- December 10, 2018 at 4:00 p.m. The deadline was voluntarily extended to December 12, 2018 at 12:00 p.m. as to Claimants Rich, Grossett, Bartelmay, and Henry only.

Responses Received:

   d. Objection to First Omnibus Objection to Claims (Substantive) of George L. Miller, Chapter 7 Trustee from Robert O. Barberi [Filed: 12/07/18; D.I. 2146].

   e. Objection to First Omnibus Objection to Claims (Substantive) of George L. Miller, Chapter 7 Trustee from Peter J. Hewett [Filed: 12/10/18; D.I. 2148].

   f. Response of John F. Henry to First Omnibus Objection to Claims (Substantive) of George L. Miller, Chapter 7 Trustee [Filed: 12/11/18; D.I. 2149].

   g. Response of Merton J. Bartelmay to First Omnibus Objection to Claims (Substantive) of George L. Miller, Chapter 7 Trustee [Filed: 12/11/18; D.I. 2150].

   h. Response of Frank L. Rich to First Omnibus Objection to Claims (Substantive) of George L. Miller, Chapter 7 Trustee [Filed: 12/11/18; D.I. 2151].

   i. Response of Duane R. Grossett to First Omnibus Objection to Claims (Substantive) of George L. Miller, Chapter 7 Trustee [Filed: 12/11/18; D.I. 2152].

Status: **This matter is going forward, except that the objections to the claims of Robert O. Barberi and Peter J. Hewett are withdrawn, and the objection to the claims of Mssrs. Henry, Bartelmay, Rich and Grosset is continued to January 24, 2019 at 10:30 a.m. A revised proposed order has been filed on the docket.**

5. Second Omnibus Objection to Claims (Substantive) of George L. Miller, Chapter 7 Trustee [Filed: 11/16/18; D.I. 2134].

    Related Documents:

    a. Proposed Order

    Response Deadline:

    - December 10, 2018 at 4:00 p.m. The deadline was voluntarily extended to December 12, 2018 at 5:00 p.m. as to Industrial Mechanical Inc. only.

    Responses Received: None.

    Status: This matter is going forward.

6. Third Omnibus Objection to Claims (Non-Substantive) of George L. Miller, Chapter 7 Trustee [Filed: 11/16/18; D.I. 2135].

    Related Documents:

    a. Proposed Order

    b. **Revised Proposed Order [Filed:  D.I. 2161].**

    Response Deadline: December 10, 2018 at 4:00 p.m.

    Responses Received:

    c. Response of Ontel Security Services, Inc. to the Third Omnibus Objection to Claims (Non-Substantive) of George L. Miller, Chapter 7 Trustee [Filed: 12/11/18; D.I. 2153].

    Status: **This matter is going forward.  A revised proposed order has been filed on the docket.**

Dated:  December 13, 2018             By:     /s/ Peter C. Hughes
                                              Peter C. Hughes (#4180)
                                              Dilworth Paxson LLP
                                              One Customs House – Suite 500
                                              704 King Street
                                              Wilmington, DE  19801
                                              (302) 571-9800
                                              (302) 571-8875 (fax)

                                              and

                                              Dilworth Paxson LLP
                                              1500 Market Street – Suite 3500E
                                              Philadelphia, PA  19102
                                              (215) 575-7000
                                              (215) 575-7200 (fax)

                                              Attorneys for George L. Miller, Chapter 7 Trustee